IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: NEUROPROTEXEON, INC., et al. | ) | Chapter 7 |
| | ) | |
| Debtors. | ) | Case No. 19-12676 (MFW) |
| | ) | (Jointly Administered) |
| | ) | |
| JMB CAPITAL PARTNERS LENDING, LLC,, | ) ) | |
| | ) | |
| Appellant/Cross-Appellee, | ) | |
| | ) | C.A. No. 20-1210 (MN) |
| v. | ) | BAP No. 20-00027 |
| | ) | BAP No. 20-00035 |
| NEUROPROTEXEON, INC., et al., | ) | |
| | ) | |
| Appellees/Cross-Appellant. | ) | |

## **ORDER**

WHEREAS, on October 9, 2020, Chief Magistrate Judge Mary Pat Thynge issued a Recommendation (D.I 9) recommending that this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court;

WHEREAS, no party filed objections to the Recommendation pursuant to Rule 72(a) of the Federal Rules of Civil Procedure in the prescribed period; and

WHEREAS, the Court does not find the Recommendation to be clearly erroneous or contrary to law.

THEREFORE, IT IS HEREBY ORDERED this 26th day of October 2020 that the Recommendation is ADOPTED and this matter is withdrawn from the mandatory referral for mediation.

IT IS FURTHER ORDERED that the Court ADOPTS and ORDERS the following briefing schedule purposed by the parties (D.I. 9 at 2):

2

Appellants' Opening Brief – November 25, 2020

Appellees' Answering Brief – December 28, 2020

Appellants' Reply Brief – January 19, 2021.

*Maryellen Noreika* (signature)
The Honorable Maryellen Noreika
United States District Court